UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL LEE ANDERSON**  **PETITIONER**
ADC #130293

V.   No. 4:22-cv-00197-BRW-JTR
(Related Case:   5:14-cv-00341-JLH)

**DEXTER PAYNE, Director,**
Arkansas Division of Correction  **RESPONDENT**

### JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this  7th  day of    April   , 2022.

_____BILLY ROY WILSON_____
UNITED STATES DISTRICT JUDGE